UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDARRYL STEEN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 16-cv-02654 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On May 17, 2016, petitioner, a California state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk notified petitioner that he failed to sign his petition as required by the Federal Rules of Civil Procedure. The clerk returned a copy of petitioner's unsigned petition and directed petitioner to sign and return the petition to the court. Petitioner was cautioned that his failure to do so within twenty-eight days would result in the dismissal of this action. To date, petitioner has not submitted a signed petition to the court.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

Case No. 16-cv-02654 LHK (PR)
ORDER OF DISMISSAL

**IT IS SO ORDERED.**

DATED: July 25, 2016

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 16-cv-02654 LHK (PR)
ORDER OF DISMISSAL